**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Tony JOHNSON, Defendant–Appellant.**

**No. 14–6339.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 26, 2014.

Decided: June 30, 2014.

Tony Johnson, Appellant pro se. Jennifer P. May–Parker, Rudy E. Renfer, Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tony Johnson appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Johnson,* No. 7:12–cr–00019–FL–2 (E.D.N.C. Feb. 25, 2014). We deny Johnson's motion for a certificate of appealability. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*